UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EL PASO NATURAL GAS COMPANY,<br>Defendant. | ) | Civil Action No. |

**NOTICE OF LODGING**

TO THE HONORABLE COURT:

Plaintiff, the United States of America, hereby notifies the Court that it is lodging herewith a Consent Decree in the above-referenced action pending solicitation and consideration of public comments, in accordance with 28 C.F.R. § 50.7.

In accordance with Department of Justice policy, 28 C.F.R. § 50.7, the Department of Justice will publish in the Federal Register a notice of the lodging of this Consent Decree. This publication will initiate a required 30-day comment period. The United States will advise the Court when the public comment period has expired. **During the pendency of the public comment period, no action is required of the Court.**

After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the Consent Decree, unless the comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, improper or inadequate.

Dated this 26th day of July, 2007.

Respectfully Submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

Department of Justice
Environment and Natural Resources Division

/s/ Patricia A. McKenna
PATRICIA A. MCKENNA
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 7611
Washington, D.C. 20044
(202) 616-6517
Email: patricia.mckenna@usdoj.gov

LARRY GOMEZ
Acting United States Attorney

JAN ELIZABETH MITCHELL
Assistant U.S. Attorney
District of New Mexico
P.O. Box 607
Albuquerque, New Mexico 87103
505/346-7274

**OF COUNSEL:**
SHERRI PAPPAS
Deputy Chief Counsel
Office of Chief Counsel
Pipeline and Hazardous Material Safety Administration
1200 New Jersey Avenue, SE
Sector E26
Washington, DC 20590
(202) 366-4400