# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2007, I caused to be served a copy of the foregoing Complaint, Consent Decree and Notice of Lodging of Consent Decree via electronic mail to the following individual :

Craig V. Richardson
Vice President and General Counsel for the Western Pipelines,
2 North Nevada Ave.
Colorado Springs, CO 80944

/s /Patricia A. McKenna___________

PATRICIA A. MCKENNA
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20004-7611